JOHN R. YATES, ESQ. (State Bar No. 120344)
jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534
Email: jyates@greenbass.com

Attorneys for Plaintiff
Steven K. Arthur

FILED: 7/7/11

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven K. Arthur,<br><br>　　　　Plaintiff,<br><br>v.<br><br>David Naylor dba Alpha Blue Archives; Does 1 through 10,<br><br>　　　　Defendants. | CASE NO.: 2:11-CV-03144-GHK-SS<br><br>**[PROPOSED] ORDER RE DISMISSAL OF THE ACTION** |

　　It appears from the stipulation submitted by counsel for plaintiff Steven K. Arthur and defendant David Naylor d/b/a Alpha Blue Archive that the parties have reached a settlement of this litigation and concluded that settlement.

　　Good cause appearing, it is hereby ordered that this action be dismissed with prejudice. IT IS SO ORDERED.

　　7/6/11　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT

---

1

**[PROPOSED] ORDER RE DISMISSAL OF ACTION**

314865.1  31173.0001